BNSF Railway Company